No. 39.—Morell Bauzá, apdo. y recurrido, *v.* Luce & Co., S. en C., aplte. y recurrente; Luce & Co., S. en C., aplte. y recurrente, *v.* Morell Bauzá y su consorte María Adelaida Cabrera, apdos. y recurridos.—Aprobación de la exposición del caso. Mayo 23, 1927.

Por cuanto la parte apelante radicó en tiempo un proyecto de exposición del caso para ser sometido a la aprobación de la Corte de Distrito de Guayama;

Por cuanto aún cuando la corte inferior se negó a aprobar la exposición del caso por estar en vacaciones, no parece, sin embargo, que la corte se haya negado definitivamente a aprobarla;

Por cuanto el término de vacaciones de la Corte de Distrito de Guayama expirará el 30 de junio próximo;

POR CUANTO es siempre preferible que el juez que presidió el juicio sea el que apruebe la exposición del caso fijando previamente el día de la vista y no se ha alegado en este caso por el apelante ninguna razón que demuestre la necesidad de la intervención del Tribunal Supremo;

POR TANTO se declara sin lugar la moción en la cual se solicita la aprobación de la exposición del caso.